GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the SOUTHERN SURETY COMPANY OF NEW YORK et al., Respondents, v. REX NOVELTY WORKS, INC., Appellant.

(Submitted November 21, 1934; decided December 7, 1934.)

*Jerome A. Strauss* for appellant.

*Daniel Combs* for respondents.

Judgment affirmed, with costs; no opinion. (See 266 N. Y. 530.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.